# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2020

160197

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JAMES NELSON BAILEY, JR.,
        Defendant-Appellant.

SC: 160197
COA: 347657
St. Joseph CC: 16-020811-FH

_____/

On order of the Court, the application for leave to appeal the July 11, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2020



Clerk

p1216